# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

BRYAN MELLINGER,

             Respondent

             v.

LAUREL M. CLARK-BARLOCK A/K/A
LAUREL M. BARLOCK AND MOISES
DOLCE,

             Petitioners

: No. 138 WAL 2022
:
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 6th day of December, 2022, the Petition for Allowance of Appeal is **DENIED**.